# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON P. FROST,<br><br>  Plaintiff,<br><br>v.<br><br>MONTY WILKINSON,<br><br>  Defendant. | Case No. 17-cv-01587-LB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/12/2017, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Vinton P. Frost
516 O'Farrell Street, #611
San Francisco, CA 94102

Dated: 6/12/2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Liz Noteware, Deputy Clerk